IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMAL R. LAIDLEY , et al** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **SHAWN JOHNSON, et al** | : | **NO. 09-395** |

## AMENDED SCHEDULING ORDER

**AND NOW**, this 15th day of January, 2010, after a telephone conference, it is hereby

**ORDERED** that this Court's Scheduling Order of June 11, 2009, is amended as follows:

1. All fact discovery shall be completed by February 26, 2010.

2. All expert discovery shall be completed by March 26, 2010.

3. All motions for summary judgment, *Daubert* motions or other dispositive motions must be filed no later than April 16, 2010. Responses to such motions shall be filed by May 7, 2010.

4. Upon this Court's ruling on dispositive motions, the parties should contact Chambers for a further scheduling order.

                                          **BY THE COURT:**

                                          **/s/ Mitchell S. Goldberg**
                                          _____
                                          **Mitchell S. Goldberg, J.**