IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMAL R. LAIDLEY, et al | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SHAWN JOHNSON, et al | : | NO. 09-395 |

## AMENDED SCHEDULING ORDER

**AND NOW**, this 28th day of June, 2010, upon request of defense counsel, it is hereby **ORDERED** that this Court's Amended Scheduling Order of June 9, 2010, is amended as follows:

1  All motions for summary judgment, *Daubert* motions or other dispositive motions must be filed no later than July 14, 2010. Responses to such motions shall be filed by August 4, 2010.

2.  Upon this Court's ruling on dispositive motions, the parties should contact Chambers for a further scheduling order.

BY THE COURT:

_____
Mitchell S. Goldberg, J.