IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMAL R. LAIDLEY, et al. | : | |
| Plaintiffs, | : | CIVIL ACTION |
| v. | : | NO. 09-395 |
| SHAWN JOHNSON, et al. | : | |
| Defendants. | : | |

## OPTION ONE MORTGAGE CORPORATION, N/K/A SAND CANYON CORPORATION'S STATEMENT OF UNCONTESTED FACTS

1. Parkside Mortgage submitted Plaintiffs' loan application, dated June 26, 2007 to Option One on that same date, seeking a loan amount of $201,600, an annual interest rate of 9.75% with a 10% down payment. Laidley Trans. at 62:23-65:9 (Exh. B), Sugimoto Trans. at 48:4-18 (Exh. F), and the loan application (Exh. E).

2. The Loan was approved by Option One and subsequently closed on July 3, 2007, a mere seven (7) days after it was submitted to Option One. Laidley Trans. at 19:3-6, 50:21-51:5 (Exh. B) and Harvey Trans. at 32:19-23 (Exh. C).

3. The Agreement of Sale was originally dated May 6, 2007 and forecasted a settlement date of June 3, 2007. Laidley Trans. at 44:1-4, 49:20-50:1 (Exh. B), Agreement of Sale (Exh, D) at p.1, ¶3(D) and p. 10, lines 612, 613, 620, 621.

4. The parties agreed to change the settlement date to June 28, 2009. Harvey Trans. at 31:18-32:3 (Exh. C), Agreement of Sale at p. 22.

5. The reason for the delay to the settlement date was due to Parkside or Wachovia. Harvey Trans. at 32:4-8 (Exh. C).

          Respectfully submitted,

          *s/ Barbara K. Hager*
          Barbara K. Hager
          Reed Smith LLP
          2500 One Liberty Place
          1650 Market Street
          Philadelphia, PA  19103-7301
          (215) 851-8100
          (215) 851-1420

          Counsel for Option One Mortgage
          Corporation, n/k/a Sand Canyon
          Corporation

Dated:  July 14, 2010