IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMAL R. LAIDLEY , et al.** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **SHAWN JOHNSON, et al.** | : | **No. 09-395** |

## ORDER

**AND NOW**, this 11th day of July, 2011, upon consideration of the "Motion for Summary Judgment" of Defendant, Option One Mortgage Corporation, (Doc. No. 94), and Plaintiffs' response, it is hereby **ORDERED** that Defendant's Motion is **GRANTED**. The Clerk of Court is directed to **CLOSE** this case for statistical purposes.

                                               **BY THE COURT:**

                                               **/s/ Mitchell S. Goldberg**
                                               _____
                                               **Mitchell S. Goldberg, J.**